UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAQUAL WARREN,

Plaintiff,

v.

HOLLINGSWORTH MANAGEMENT SERVICES, LLC, et al.,

Defendants.
_________________________/

Case No. 2:19-cv-13121

Paul D. Borman
United States District Judge

# JUDGMENT

For the reasons stated in the Opinion and Order issued this same day, it is **ORDERED AND ADJUDGED** that Defendants Hollingsworth Management Services, LLC; Hollingsworth, LLC; and Hollingsworth Logistics Group, LLC's Motion for Summary Judgment is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated: January 6, 2022